■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMAR MAYE, Appellant. [690 NYS2d 473] —Judgment unani-

mously affirmed (*see, People v Hidalgo,* 91 NY2d 733). (Appeal from Judgment of Supreme Court, Erie County, Cosgrove, J.—Attempted Criminal Possession Weapon, 3rd Degree.) Present—Green, J. P., Hayes, Wisner, Pigott, Jr., and Scudder, JJ.